**Order entered February 15, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00875-CR

**MICHAEL ARDIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-2110832-R**

## ORDER

Before the Court is appellant's February 13, 2023 second motion for extension of time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **MARCH 15, 2023**.

/s/ ERIN A. NOWELL
JUSTICE